**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ME2 PRODUCTIONS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:16-cv-04210-LMM |
| Bailey, Wilbert; King, Willie Sim Jr.; Omonira, Adesola; Daniels, Jeff; Owens, William; Cottingham, Clara; Helton, April; Lewis, Eric; | ) ) ) ) ) ) | |
| Defendants. | | |

**NOTICE OF VOLUNTARY DISMISSAL OF WILBERT BAILEY; WILLIE SIM KING, JR.; ADESOLA OMONIRA; WILLIAM OWENS; CLARA COTTINGHAM; APRIL HELTON; AND ERIC LEWIS**

Plaintiff, ME2 Productions, Inc., by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the following Defendants

Wilbert Bailey identified in Exhibit B to the Complaint as Doe 2 having an IP Address of 73.137.38.172;

Willie Sim King, Jr., identified in Exhibit B to the Complaint as Doe 3 having an IP Address of 73.207.235.41;

Adesola Omonira, identified in Exhibit B to the Complaint as Doe 4 having an IP Address of 73.137.76.36;

William Owens, identified in Exhibit B to the Complaint as Doe 7 having an IP Address of 174.49.75.164;

1

Clara Cottingham, identified in Exhibit B to the Complaint as Doe 8 having an IP Address of 71.56.98.141;

April Helton, identified in Exhibit B to the Complaint as Doe 9 having an IP Address of 71.56.35.163;

Eric Lewis, identified in Exhibit B to the Complaint as Doe 11 having an IP Address of 24.125.237.142;

The case remains pending against Jeff Daniels, Doe 6 having an IP Address of 73.207.203.98.

Dated this 30th day of March, 2017.

 s/ Kathleen M. Lynch
Kathleen Maher Lynch
Georga Bar No. 466080
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
Telephone: (919) 469-5685
Email:  kml@lynchvansickle.com

*Attorneys for ME2 Productions, Inc.*